**COM.**

v.

**ZYDNEY, A.**

**927 MDA 2016**

Superior Court of Pennsylvania.

04/27/2017

CP–14–CR–0001371–2015
CP–14–CR–0001810–2015
(Centre)

Affirmed

**COM.**

v.

**CONARD, G.**

**1031 MDA 2016**

Superior Court of Pennsylvania.

04/27/2017

Reargument Denied 6/28/2017

CP–50–CR–0000113–1981 (Perry)

Affirmed

**COM.**

v.

**ZIEGLER, R.**

**1099 MDA 2016**

Superior Court of Pennsylvania.

4/27/2017

CP–21–SA–0000099–2016
(Cumberland)

Affirmed

**COM.**

v.

**HERNANDEZ, E.**

**1314 MDA 2016**

Superior Court of Pennsylvania.

04/27/2017

CP–36–CR–0001097–2013 (Lancaster)

Affirmed—Application to Withdraw as Counsel Granted